NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

### IN RE: CONTINENTAL AUTOMOTIVE SYSTEMS U.S., INC.,
*Appellant*

---

2014-1573

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00014.

---

## JUDGMENT

---

MEREDITH MARTIN ADDY, Katten Muchin Rosenman LLP, Chicago, IL, argued for appellant. Also represented by MARK HERBERT REMUS; JOHN CARACAPPA, STEPHANIE LAURA ROBERTS, Steptoe & Johnson, LLP, Washington, DC; THEMI ANAGNOS, Deer Park, IL.

KRISTI L.R. SAWERT, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by NATHAN K. KELLEY, SCOTT WEIDENFELLER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* CLEVENGER and
SCHALL, *Circuit Judges*).


**AFFIRMED.** *See* **Fed. Cir. R. 36.**



ENTERED BY ORDER OF THE COURT


June 5, 2015                      /s/ Daniel E. O'Toole
        Date                       Daniel E. O'Toole
                                   Clerk of Court